UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LORI ESQUIVEL, et al., | ) | Case No. 2:15-cv-00135-JCM-NJK |
| Plaintiff(s), | ) ) | ORDER DENYING WITHOUT PREJUDICE STIPULATION |
| vs. | ) ) | |
| COUNTRYWIDE HOME LOANS, INC., et al., | ) ) | (Docket No. 31) |
| Defendant(s). | ) ) | |

On April 10, 2015, the Court ordered the parties to submit a joint proposed discovery plan or show cause why they failed to comply with the deadline to do so. Docket No. 29. The Court has now received a stipulation to stay the discovery proceedings pending resolution of various motions. Docket No. 31. Because that stipulation does not address the proper standards, it is hereby **DENIED** without prejudice.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). The parties' stipulation fails to address the above standards. Accordingly, the parties stipulation (Docket No.

1  31) is **DENIED** without prejudice.  No later than May 4, 2015, the parties shall either submit a revised
2  stipulation, that addresses the appropriate standards, or a joint proposed discovery plan that complies
3  with the Local Rules.
4          IT IS SO ORDERED.
5          DATED: April 27, 2015

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge